NEW YORK & MT. V. TRANSP. CO. et al., Respondents, v. TYROLER et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 21, 1898.) Action by the New York & Mount Vernon Transportation Company and Stuart W. Cowan against George Tyroler, Nathan B. Blum, individually, etc., and another. No opinion. Interlocutory judgment reversed, and judgment directed for defendants on demurrer, with costs, on the opinion of Woodward, J., on appeal from order continuing injunction, with leave to the plaintiffs to serve amended complaint within 20 days, on the payment of the costs of the demurrer and of this appeal. See 48 N. Y. Supp. 1095.

In re ODELL. (Supreme Court, Appellate Division, Second Department. January 11, 1898.) In the matter of Casper L. Odell, recorder of the city of Poughkeepsie. No opinion. The report of Robert F. Wilkinson, the referee heretofore appointed in this matter, having been filed, the court will hear the parties or their counsel on the first Monday of March next. The clerk is ordered to cause to be served this direction and a copy of the referee's report on the respondent Odell personally. See 48 N. Y. Supp. 1110.

O'HARE, Respondent, v. KEELER, Appellant. (Supreme Court, Appellate Division, Third Department. January 20, 1898.) Action by Annie O'Hare against William H. Keeler. No opinion. Motion for reargument, and to amend order as entered, denied. See 48 N. Y. Supp. 376.

O'NEILL, Plaintiff, v. NEW YORK NEWS PUB. CO., Defendant. (Supreme Court, Appellate Division, Second Department. January 11, 1898.) Action by William Lane O'Neill against the New York News Publishing Company. No opinion. Motion to dismiss appeal granted, with $10 costs.

PASHLEY, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1898.) Action by George F. Pashley, as administrator, etc., against the Long Island Railroad Company. No opinion. Order modified by striking out the words, "Pending the hearing and determination of the appeal in the case of Lewis against the Long Island Railroad Company in the appellate division," and, as modified, affirmed, without costs of this appeal to either party.

PECKE, Appellant, v. HYDRAULIC CONST. CO., Respondent. (Supreme Court, Appellate Division, First Department. January 14, 1898.) Action by Francis S. Pecke against the Hydraulic Construction Company. No opinion. Motion denied, with $10 costs. See 48 N. Y. Supp. 109, 225.

PEOPLE, Respondents, v. GARABED, Appellant. (Supreme Court, Appellate Division, Second Department. January 18, 1898.) Action by the people of the state of New York against Joseph J. Garabed. No opinion. Judgment of the county court and of the court of special sessions reversed, and defendant discharged. See 45 N. Y. Supp. 827.

PEOPLE, Respondents, v. McCALE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October Term, 1897.) Action by the people of the state of New York against Edward J. McCale. No opinion. Judgment of conviction affirmed. See People v. Carter, 88 Hun, 304, 34 N. Y. Supp. 764. All concur, except WARD, J., not voting.

PEOPLE ex rel. ALLISON v. BOARD OF EDUCATION OF NEW YORK. (Supreme Court, Appellate Division, First Department. February 25, 1898.) Action by the people of the state of New York, on the relation of Thomas Allison, against the board of education of New York. No opinion. Motion denied. See 49 N. Y. Supp. 915.

PEOPLE ex rel. CROCKER CHAIR CO., Relator, v. ROBERTS, Respondent. (Supreme Court, Appellate Division, Third Department. January 20, 1898.) Application by the people of the state of New York, on the relation of the Crocker Chair Company, against James A. Roberts, as comptroller of the state of New York. No opinion. Decision of the comptroller modified, so as to provide that the amount of capital stock of relator employed in this state for the year ending November 1, 1895, was $24,233, instead of $50,000, and, as modified, confirmed, with $50 costs and disbursements to the relator.

PEOPLE ex rel. HOWELL, Appellant, v. LA GRANGE et al., Respondents. (Supreme Court, Appellate Division, First Department. February 11, 1898.) Action by the people of the state of New York, on the relation of Lorenzo Howell, against Oscar H. La Grange and others. L. J. Grant, for appellant. W. L. Findlay, for respondents. No opinion. Writ dismissed, with costs.

PEOPLE ex rel. McDONALD, Appellant, v. MOSS et al., Respondents. (Supreme Court, Appellate Division, First Department. February 25, 1898.) Action by the people of the state of New York, on the relation of Michael J. McDonald, against Frank Moss and others. H. Lever, for appellant. T. Farley, for respondents. No opinion. Writ dismissed, with costs.